1 | Stephen G. Pongratz, Esq. (SBN 131276)
2 | Ralph C. Lee, Esq. (SBN 258608)
BEYER, PONGRATZ & ROSEN
3 | 3230 Ramos Circle
Sacramento, California 95827
4 | Telephone:   (916) 369-9750
Facsimile:    (916) 369-9760
rlee@bprlaw.net

Attorneys for Plaintiff LOREN STUIT

James H. Berry, Jr. (State Bar No. 075834)
Kate LaQuay (State Bar No. 178250)
LANDAU GOTTFRIED & BERGER LLP
1801 Century Park East, Suite 700
Los Angeles, California  90067
Telephone:   (310) 557-0050
Facsimile:    (310) 557-0056
jberry@lgbfirm.com
klaquay@lgbfirm.com

Attorneys for Defendant
BOTTLING GROUP, LLC

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

LOREN STUIT, an individual,

      Plaintiff,

vs.

PEPSI BEVERAGES COMPANY,
a.k.a. PBC, a.k.a. THE PEPSI
BOTTLING GROUP, a.k.a., PBG,
and DOES 1 through 20, inclusive,

      Defendants.

Case No.  2:14-cv-01350-MCE-AC

**STIPULATION TO DISMISS
ACTION WITH PREJUDICE;
ORDER THEREON**

**F. R. CIV. PRO. 41 (a)(1)(A)(ii)**

LANDAU GOTTFRIED & BERGER LLP

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LANDAU GOTTFRIED & BERGER LLP

Plaintiff Loren Stuit ("Plaintiff") and defendant Bottling Group, LLC ("BGLLC"), by and through their undersigned counsel, hereby enter into the following stipulation:

Pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is hereby dismissed with prejudice in its entirety.  The parties each shall bear their respective costs and attorney's fees.

DATED: October 29, 2014          Respectfully submitted,

BEYER, PONGRATZ & ROSEN
Stephen G. Pongratz
Ralph C. Lee

By: /s/ Ralph C. Lee
Ralph C. Lee
Attorneys for Plaintiff
LOREN STUIT

DATED: October 29, 2014          LANDAU GOTTFRIED & BERGER LLP
James H. Berry, Jr.
Kate LaQuay

By: /s/ James H. Berry, Jr.
James H. Berry, Jr.
Attorneys for Defendant
BOTTLING GROUP, LLC

**ORDER**

IT IS SO ORDERED.

Dated:  November 5, 2014

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

- 2 -
**STIPULATION TO DISMISS ACTION WITH PREJUDICE;
ORDER [PROPOSED] THEREON**